UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARK R. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV158 RWS |
| | ) | |
| AL LUEBBERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit to collect plaintiff's appellate filing fees in installments pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff, however, has not submitted a prison account statement as required by 28 U.S.C. § 1915(a)(2). As a result, the Court will order plaintiff to submit, within thirty days, a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within thirty (30) days of the date of this Order. See 28 U.S.C. § 1915(a)(2).

Dated this 6th day of June, 2011.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE